

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00497-CV

Jonathan **GUERRA** and Lisa Alfrey,
Appellants

v.

Veronica **ENOCHS**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CI-12367
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Because appellants' motion to dismiss the appeal does not indicate that the parties agreed otherwise, costs of appeal are taxed against the appellants. *See* TEX. R. APP. P. 42.1(d).

SIGNED September 24, 2025.

_____
Lori I. Valenzuela, Justice